1  LEEDS DISSTON SBN: 45016
   CASALINA & DISSTON
2  409 13th Street, 9th floor
   Oakland, CA 94612
3
   Attorney for Defendant Traci Austin
4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. 22-CR-0085-HSG |
|---|---|
| Plaintiff, | ) ORDER FOR EXTENSION OF TIME TO SURRENDER |
| v. | ) |
| TRACI AUSTIN, | ) Judge: Haywood S. Gilliam Jr. |
| Defendant. | ) |

Defendant through her counsel, Leeds Disston, and Assistant United States Attorney Abraham Fine having stipulated thereto and good cause appearing therefore,

**The court hereby orders:**

The self-surrender date for Defendant Traci Austin is extended from March 24, 2023 to June 23, 2023. Defendant is ordered to self-surrender on or before 2:00 p.m. on June 23, 2023 to the

order for extension of time to surrender

1

federal institution designated by the Bureau of Prisons or the Oakland office of the United States Marshal, if no designation is made.

Dated: 3/22/2023

**HON. HAYWOOD S. GILLIAM Jr.**
United States District Court Judge